# Court of Appeals
# of the State of Georgia

ATLANTA,  February 13, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0231. JAMES STEVENS v. ARCPE 1, LLC.**

Based on the limited application materials, it appears that this case originated as a dispossessory proceeding in magistrate court. The magistrate court ruled in favor of James Stevens, and ARCPE 1, LLC appealed to superior court. On January 12, 2024, the superior court entered an order granting summary judgment to ARCPE 1 and ruling that ARCPE 1 was entitled to possession of the property. On January 26, 2024, Stevens filed this application for discretionary appeal. We, however, lack jurisdiction.

Although an application for discretionary review generally may be filed within thirty days of entry of the order sought to be appealed, see OCGA § 5-6-35 (d), appeals from judgments in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56 (b) (1); Court of Appeals Rule 31 (a); *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335- 336 (715 SE2d 752) (2011). The deadlines for filing applications for discretionary review are jurisdictional, and this Court cannot accept an application not made in compliance with the applicable deadline. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Stevens filed this application 14 days after entry of the order he wishes to

appeal. The application is therefore untimely and is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  02/13/2024*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*